UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MANGALBHAI PATEL, et al.,

        Plaintiffs,

v.

ALLIED COLLECTION SERVICES, INC., et al.,

        Defendants.

2:11-CV-143 JCM (LRL)

**ORDER**

Presently before the court is the matter of *Patel, et. al. v. Allied Collection Serv., Inc., et. al.* (Case No. 2:11-cv-00143-JCM-LRL).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiff filed the complaint on January 26, 2011. (Doc. #1). Pursuant to Federal Rule of Civil Procedure 4(m), on July 11, 2011, the clerk of the court provided notice to plaintiff that the action would be dismissed as to Antonio Parks and Priscilla Gonzales, if plaintiff did not file proof of service of process by August 10, 2011. (Doc. #14).

To date, plaintiff has failed to file proof of service with the court as to Priscilla Gonzales.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case as to Priscilla
2  Gonzales be, and the same hereby is, DISMISSED without prejudice.
3     DATED August 19, 2011.

                                              _____
                                              UNITED STATES DISTRICT JUDGE